161 A.3d 790

**Fatimah MUHAMMAD, Petitioner**

**v.**

**Amjad ALI, M.D., Respondent**

**No. 260 WAL 2016**

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**